PHILLIP A. TALBERT
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# SEALED

```
┌─────────────────────────────────┐
│             FILED               │
│                                 │
│          Aug 19, 2021           │
│   CLERK, U.S. DISTRICT COURT    │
│ EASTERN DISTRICT OF CALIFORNIA  │
└─────────────────────────────────┘
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-cr-00158-MCE |
| Plaintiff, | 18 U.S.C. § 2261A(2)(B) – Cyberstalking |
| v. | |
| MICHAEL JAMESON CHAND, | |
| Defendant. | |

## I N D I C T M E N T

The Grand Jury charges: T H A T

MICHAEL JAMESON CHAND,

defendant herein, beginning in or about December 2019, and continuing through in or about November 2020, in the State and Eastern District of California, and elsewhere, with the intent to injure, harass and intimidate another person (Jane Doe), used an electronic communication service and a facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause, substantial emotional distress to Jane Doe, a person

//
//
//
//

1  described in Title 18, United States Code, Section 2261A(1)(A)(i), all in violation of Title 18, United

2  States Code, Section 2261A(2)(B).

3
4                                                        A TRUE BILL.

5                                                        /s/ Signature on file w/AUSA

6                                                        _____
                                                         FOREPERSON
7
8  PHILLIP A. TALBERT
   Acting United States Attorney
9

INDICTMENT

*No.* _2:21-cr-00158_-MCE

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

## MICHAEL JAMESON CHAND,

### I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 2261A(2)(B) – Cyberstalking

*A true bill,*

**/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* _Nineteenth_ _____ *day*

*of* __August_____ *, A.D. 20* _21_____

/s/ Alexandra Waldrop
_____
*Clerk.*

**No Bail Warrant Pending Hearing**

*Bail, $* _____

Kendall J. Newman
_____
KENDALL J. NEWMAN
~~UNITED STATES MAGISTRATE JUDGE~~

GPO 863 525

<u>**United States v.  Michael Jameson Chand**</u>
**Penalties for Indictment**

VIOLATION:          18 U.S.C. § 2261A(2)(B) – Cyberstalking

PENALTIES:          Up to 5 years in prison; or
                    Fine of up to $250,000; or both fine and imprisonment
                    Up to one year of supervised release

SPECIAL ASSESSMENT: $100