PHILLIP A. TALBERT
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

FILED
Aug 19, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL JAMESON CHAND,<br><br>    Defendant. | CASE NO. 2:21-cr-00158-MCE<br><br>PETITION TO SEAL INDICTMENT |

TO THE HONORABLE KENDALL J. NEWMAN, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Adrian T. Kinsella, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. I have presented to the Grand Jury now in session in the City of Sacramento, California, one proposed indictment charging the above-named defendant with violation of Title 18, United States Code, Sections 2261A(2)(B).

2. The indictment has been returned by the Grand Jury to this Honorable Court.

3. The investigating agent believes that the above-named defendant poses a flight risk and may be a danger to the community if the charges are made public before an arrest is effected.

//

//

THEREFORE, your petitioner prays that the aforesaid indictment, this Petition, and the Order to Seal be sealed pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure until the defendant is arrested or until further order of this Court.

DATED: August 19, 2021

Respectfully Submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Adrian T. Kinsella
ADRIAN T. KINSELLA
Assistant United States Attorney