**SEALED**

PHILLIP A. TALBERT
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

FILED

**Aug 19, 2021**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:21-cr-00158-MCE |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| MICHAEL JAMESON CHAND, | |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Adrian T. Kinsella to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated:  August 19, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3

PETITION TO SEAL INDICTMENT AND
[PROPOSED] ORDER