HEATHER E. WILLIAMS, #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, #279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
T: 916-498-5700/F: 916-498-5710
Hootan_Baigmohammadi@fd.org

Attorneys for Defendant
MICHAEL JAMESON CHAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL JAMESON CHAND, <br><br> Defendant. | Case No. 2:21-cr-00158-MCE <br><br> **NOTICE OF APPEARANCE AND DESIGNATION OF COUNSEL** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, I confirm my appearance as counsel of record in this case for MICHAEL JAMESON CHAND, and designate counsel for service as follows:

> HOOTAN BAIGMOHAMMADI
> Assistant Federal Defender
> 801 I Street, 3rd Floor
> Sacramento, CA 95814
> Hootan_Baignmohammadi@fd.org

I hereby certify that I am an attorney admitted to practice in this court.

Dated: August 30, 2021              /s/ Hootan Baigmohammadi
                                    HOOTAN BAIGMOHAMMADI
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    MICHAEL JAMESON CHAND