UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


**FILED**
Sep 02, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL JAMESON CHAND,<br><br>　　　　　Defendant. | Case No. 2:21-cr-158-MCE<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

　　This is to authorize and direct you to release  __MICHAEL JAMESON CHAND__ , Case No. __2:21-cr-158-MCE__ Charge __18 USC § 2261A(2)(B)__ , from custody for the following reasons:

　　_____　Release on Personal Recognizance

　　__X__　Bail Posted in the Sum of $ _____

　　　　__X__　Unsecured Appearance Bond $ __$25,000.00__

　　　　_____　Appearance Bond with 10% Deposit

　　　　_____　Appearance Bond with Surety

　　　　_____　Corporate Surety Bail Bond

　　　　__X__　(Other): To be released at 8:30 AM on 9/3/2021 to Federal Defender Lexi Negin.

Issued at Sacramento, California on September 2, 2021 at _2:56 pm___.

　　　　　　　　　　　　　By:　/s/ Carolyn K. Delaney

　　　　　　　　　　　　　　　　Magistrate Judge Carolyn K. Delaney