PHILLIP A. TALBERT
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>          v.<br><br>MICHAEL JAMESON CHAND,<br><br>                      Defendant. | CASE NO. 2:21-CR-00158-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: September 30, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on September 30, 2021.

2.      By this stipulation, defendant now moves to continue the status conference until December 9, 2021, and to exclude time between September 30, 2021, and December 9, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes over 400 pages of evidence, including criminal history documents, investigative reports and related documents, and placeholders for forensic cell phone reports and recorded voicemails. All of this discovery has been either produced directly to counsel and/or made available for

inspection and copying.

  b) Counsel for defendant desires additional time consult with his client, review the current charge, review the discovery for this matter, discuss potential resolutions with his client, prepare pretrial motions, and to otherwise prepare for trial.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 30, 2021 to December 9, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 24, 2021               PHILLIP A. TALBERT
                                         Acting United States Attorney

                                          /s/ ADRIAN T. KINSELLA
                                         ADRIAN T. KINSELLA
                                         Assistant United States Attorney

Dated:  September 24, 2021                /s/ HOOTAN BAIGMOHAMMADI
                                         HOOTAN BAIGMOHAMMADI
                                         Counsel for Defendant
                                         MICHAEL JAMESON CHAND

### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this ____ day of _____, _____.

                                         THE HONORABLE Morrison C. England, Jr.
                                         UNITED STATES DISTRICT JUDGE