HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Chand

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:21-CR-158-JAM |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **STATUS HEARING AND EXCLUDE TIME** |
| vs. | ) |
| | ) Judge: John A. Mendez |
| MICHAEL JAMESON CHAND, | ) |
| | ) |
| Defendant. | ) |
| ———————————————— | ) |

IT IS HEREBY STIPULATED and agreed by and between Acting United States

Attorney Phillip A. Talbert, through Assistant United States Attorney Adrian Kinsella, counsel

for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender

Hootan Baigmohammadi, counsel for Defendant Michael Jameson Chand, that the previously

scheduled  Status Hearing set for December 9, 2021 be continued to January 25, 2022 at 9:30

a.m.

The parties specifically stipulate as follows:

1.      On August 19, 2021, an Indictment was filed and the case was assigned to the

Honorable Morrison C. England, Jr.

2.      Mr. Chand was arraigned on August 26, 2021.

3.      The case was last set for a Status Hearing to be held on December 9, 2021.

4.      Time has been ordered excluded from August 26, 2021 to December 9, 2021.

5.     On November 9, 2021, per ECF no. 22, the case was reassigned to the Honorable Kimberley J. Mueller and the December 9, 2021 status hearing was vacated with instructions to reschedule any previous hearings with the newly assigned district judge.

6.     Mr. Chand moves for the Status Hearing to be continued to January 25, 2022 at 9:30 a.m.

7.     The government has produced 458 pages of discovery and numerous audio/video files to Mr. Chand.

8.     Mr. Chand requires additional time to review the discovery; investigate and research possible defenses; research potential pretrial motions; explore potential resolutions to the case; and otherwise prepare for trial.

9.     Mr. Chand believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

10.    The government does not object to Mr. Chand's motion.

11.    For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between December 9, 2021 and January 25, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Chand in a speedy trial.

//
//
//
//
//

1

2                                     Respectfully submitted,

3                                     HEATHER E. WILLIAMS
                                      Federal Defender
4
    Date: November 16, 2021           */s/  Hootan Baigmohammadi*
5                                     HOOTAN BAIGMOHAMMADI
                                      Assistant Federal Defender
6                                     Attorneys for Defendant
                                      Mr. Chand
7

8

9   Date: November 16, 2021           PHILLIP A. TALBERT
                                      Acting United States Attorney
10
                                      */s/ Adrian Kinsella*
11                                    ADRIAN KINSELLA
                                      Assistant United States Attorney
12                                    Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>O R D E R</u>

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Date:  November 17, 2021                    /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Stipulation and Order to Continue Status
Hearing and Exclude Time                         -4-                *United States v. Chand*,
2:21-CR-158-JAM