HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Chand

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-158-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME** |
| vs. | |
| MICHAEL JAMESON CHAND, | Date: January 25, 2022<br>Time: 9:30 a.m.<br>Judge: John A. Mendez |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney

Phillip A. Talbert, through Assistant United States Attorney Adrian Kinsella, counsel for

Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan

Baigmohammadi, counsel for Defendant Michael Jameson Chand, that the previously scheduled

Status Hearing set for January 25, 2022 be continued to April 5, 2022 at 9:30 a.m.

The parties specifically stipulate as follows:

1.      By previous order, the Status Hearing is currently scheduled for January 25, 2022

at 9:30 a.m.  Time has been ordered excluded through that date.

2.      Mr. Chand respectfully requests that the Court continue the Status Hearing to

April 5, 2022 at 9:30 a.m.  The government has produced 458 pages and various

audio recordings in discovery.  Defense counsel is scheduled for a murder trial in

another case in Oklahoma in the second half of March 2022. Mr. Chand requires

-1-

1   additional time to review the discovery; investigate and research possible

2   defenses; research potential pretrial motions; explore potential resolutions to the

3   case; and otherwise prepare for trial.

4   3.   Mr. Chand believes that failure to grant his motion would deny him the

5   reasonable time necessary for effective preparation, taking into account the

6   exercise of due diligence.

7   4.   The government does not object to Mr. Chand's motion.

8   5.   For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial

9   Act), the parties request that the time period between January 25, 2022 and April

10   5, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. §

11   3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance

12   granted by the Court at the defense's request, based on a finding that the ends of

13   justice served by granting the continuance outweighs the best interest of the

14   public and Mr. Chand in a speedy trial.

15

16                              Respectfully submitted,

17                              HEATHER E. WILLIAMS
                                Federal Defender
18
     Date: January 18, 2022     */s/  Hootan Baigmohammadi*
19                              HOOTAN BAIGMOHAMMADI
                                Assistant Federal Defender
20                              Attorneys for Defendant
                                Mr. Chand
21

22

23   Date: January 18, 2022     PHILLIP A. TALBERT
                                United States Attorney
24
                                */s/ Adrian Kinsella*
25                              ADRIAN KINSELLA
                                Assistant United States Attorney
26                              Attorneys for Plaintiff

27

28

Stipulation and Order to Continue Status
Hearing and Exclude Time                     -2-                     *United States v. Chand,*
                                                                     2:21-CR-158-JAM

1

<u>**O R D E R**</u>

2          The Court, having received and considered the parties' stipulation, and good cause

3     appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5     IT IS SO ORDERED.

6

7

8     Date:  January 19, 2022                    /s/ John A. Mendez

9                                                THE HONORABLE JOHN A. MENDEZ
                                                 UNITED STATES DISTRICT COURT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28