# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| **United States of America**<br>vs.<br>Michael Jameson Chand | )<br>)<br>)  Case No. 2:21-CR-00158-JAM-1<br>)<br>) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Michael Jameson Chand___, have discussed with ___Renee Basurto___, Pretrial Services Officer, modifications of my release conditions as follows:

Add the following conditions of release:

1. The defendant must not have any direct or indirect contact with L.D., including telephonic, verbal, or through a third party.

2. The defendant or a designee of the defendant must provide proof of no internet/wifi service for his talk/text telephone to Pretrial Services monthly.

Reason for modification: On January 10, 2022, Pretrial Services was notified by the Program Director, at the Rancho Cordova Adult Health Care Center, that the defendant had violated a staff member's privacy by obtaining her phone number and calling her after she asked him not to do so. The Program Director had further stated the defendant had been suspended from attending programming at the Center until further notice. For the court's information, L.D. declined to give Mr. Chand her phone number when he had previously asked her; however, he was later able to obtain her telephone from a social worker's office wall in plain view. The defendant proceeded to call L.D. and L.D. reported to the Program Director she felt "violated and unsafe."

On January 10, 2022, Pretrial Service notified the government and defense counsel of the incident. At that time, government counsel requested to conduct their own investigation and directed an agent to interview L.D.

On January 13, 2022, Pretrial Services contacted the Program Director again to obtain further information. The Program Director stated the female employee described the unwanted telephonic contact from Mr. Chand as "small talk." However, she reported she felt violated and unsafe because she had refused to give him her phone number previously; however, Mr. Chand found a way to get her number and proceeded to call her several times. The Program Director confirmed there was no police report filed and no formal report completed at the Center. The Program Director further stated he would allow the defendant to return to the program; however, Mr. Chand would be subject to a very strict behavioral contract.

On January 19, 2022, law enforcement interviewed L.D. and obtained more detailed information about the incident. Law enforcement also retrieved the defendant's text messages and voice mail messages. L.D. reported to them that Mr. Chand touched her without her consent in what she described as "wet willies." In addition, L.D. reported the defendant kissed her on top of her head. Then, when she told him to not to kiss her, he responded "you will get used to it."

CONSENT TO MODIFY CONDITIONS OF RELEASE
Chand, Michael
Page 2
revocation at this time.

It should also be noted, Pretrial Services notified the defendant's federally contracted counselor in order to assist him in practicing more appropriate behaviors.

Pretrial Services concurs with the modification. All other conditions not in conflict will remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| _____ | 3-3-22 | _____ | 3/3/22 |
|---|---|---|---|
| Signature of Defendant | Date | Signature of Pretrial Services Officer | Date |

I have reviewed the conditions and concur that this modification is appropriate.

| /s/ Adrian Kinsella | 3/2/2022 |
|---|---|
| Signature of Assistant U.S. Attorney | Date |

I have reviewed the conditions with my client and do not oppose the proposed modifications.

| /s/ Hootan Baigmohammadi | 3/2/2022 |
|---|---|
| Signature of Defense Counsel | Date |

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  March 28, 2022

[ ] The above modification of conditions of release is *not* ordered.

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

March 28, 2022
Date