HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Chand

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JAMESON CHAND,<br><br>Defendant. | Case No. 2:21-CR-158-JAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE**<br><br>Judge: Kendall J. Newman |

  IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Adrian Kinsella, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Michael Jameson Chand, that the special conditions of bond be modified in the following manner.

  1.   Per ECF no. 28, special condition of release #1 currently reads as follows:

*Your release on bond is delayed until September 3, 2021, at 8:30am at which time you will be released from the Sacramento County Jail and you must report directly to the Pretrial Services office located at 501 I Street Suite 2400 in Sacramento for the installation of the location monitoring equipment.*

//

//

    2.    Mr. Chand moves to eliminate special condition # 1 as it is now moot.

    3.    Per ECF no. 28, special condition of release # 13 currently reads as follows:

*You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;*

**HOME DETENTION**: *You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf.*

    4.    Mr. Chand moves to modify special condition of release #13 as follows.

*You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;*

**CURFEW: *You must remain inside your residence every day from 3:00pm to 9:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.***

    5.    Neither Pretrial Services nor the government object to Mr. Chand's motion to modify the special conditions of release.

    6.    Attached as Exhibit A are the proposed amended special conditions of release, which incorporate Mr. Chand's requested modifications, provided to defense counsel by PTSO Basurto.

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 14, 2022

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Chand

Date: June 14, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ Adrian Kinsella*
ADRIAN KINSELLA
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: June 15, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE