```
1   HEATHER E. WILLIAMS, SBN 122664
    Federal Defender
2   HOOTAN BAIGMOHAMMADI, SBN 279105
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, Third Floor
4   Sacramento, CA 95814
    T: (916) 498-5700
5   F: (916) 498-5710

6   Attorneys for Defendant
    Mr. Chand
7
```

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-CR-158-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| vs. | ) **STATUS HEARING AND EXCLUDE TIME** |
| MICHAEL JAMESON CHAND, | ) Date: September 13, 2022 <br> ) Time: 9:30 a.m. <br> ) Judge: John A. Mendez |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Adrian Kinsella, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Michael Jameson Chand, that the previously scheduled Status Hearing set for September 13, 2022 be continued to November 16, 2022 at 9:00 a.m.

The parties specifically stipulate as follows:

1. By previous order, the Status Hearing is currently scheduled for September 13, 2022 at 9:30 a.m. Time has been ordered excluded through that date.

2. Mr. Chand respectfully requests that the Court continue the Status Hearing to November 16, 2022 at 9:00 a.m.

3. The government has produced 458 pages and various audio recordings in discovery. Mr. Chand requires additional time to review the discovery;

1  investigate and research possible defenses; research potential pretrial motions;
2  explore potential resolutions to the case; and otherwise prepare for trial.
3    4.  Mr. Chand believes that failure to grant his motion would deny him the
4  reasonable time necessary for effective preparation, taking into account the
5  exercise of due diligence.
6    5.  The government does not object to Mr. Chand's motion.
7    6.  For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial
8  Act), the parties request that the time period between September 13, 2022 and
9  November 16, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. §
10  3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance
11  granted by the Court at the defense's request, based on a finding that the ends of
12  justice served by granting the continuance outweighs the best interest of the
13  public and Mr. Chand in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 8, 2022       */s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Chand


Date: September 8, 2022       PHILLIP A. TALBERT
United States Attorney

*/s/ Adrian Kinsella*
ADRIAN KINSELLA
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Date:  September 9, 2022        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Status
Hearing and Exclude Time                    -3-                    *United States v. Chand*,
                                                                    2:21-CR-158-JAM