```
1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Chand
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-CR-158-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |
| vs. | ) |
| MICHAEL JAMESON CHAND, | ) Judge: Hon. Allison Claire |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Adrian Kinsella, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Michael Jameson Chand, that the special conditions of bond be modified in the following manner.

1. Per ECF no. 28, special condition of release #7 requires that Mr. Chand abstain from any use of alcohol.

2. Notwithstanding special condition # 7, Mr. Chand moves to be allowed to have one alcoholic drink on his birthday, September 4, 2023.

3. Mr. Chand has been drug and alcohol testing throughout his time on bond. According to the Pretrial Services Office, the testing has returned all negative results.

4. According to the bail report, Mr. Chand has drank one time previously on his 21st birthday and there are no indications that he has a problem with alcohol. Mr. Chand is currently 31 years old.

5. The government does not object to Mr. Chand's request.

6. Pretrial Services is in favor of the Court considering Mr. Chand's history of compliance with regard to testing. It defers to the Court's judgment on Mr. Chand's modification request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 23, 2023

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Chand

Date: August 23, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ Adrian Kinsella
ADRIAN KINSELLA
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: August 24, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE