1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Chand

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,      ) Case No. 2:21-cr-00158-JAM
11                                )
             Plaintiff,            ) **STIPULATION AND ORDER TO CONTINUE**
12                                ) **STATUS HEARING AND EXCLUDE TIME**
             vs.                   )
13                                ) Date: December 12, 2023
   MICHAEL JAMESON CHAND,          ) Time: 9:00 a.m.
14                                ) Judge: John A. Mendez
             Defendant.            )
15  _____)

16       IT IS HEREBY STIPULATED and agreed by and between United States Attorney

17  Phillip A. Talbert, through Assistant United States Attorney Adrian Kinsella, counsel for

18  Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan

19  Baigmohammadi, counsel for Defendant Michael Jameson Chand, that the previously scheduled

20  Status Hearing set for December 12, 2023 be continued to **February 27, 2024, at 9:00 a.m.**

21       The parties specifically stipulate as follows:

22  1.   By previous order, the Status Hearing is currently scheduled for December 12,

23       2023 at 9:00 a.m. Time has been ordered excluded through that date.

24  2.   Mr. Chand respectfully requests that the Court continue the Status Hearing to

25       February 27, 2024 at 9:00 a.m.

26  3.   The government has produced 458 pages, a forensic cellular telephone extraction,

27       and various audio recordings in discovery.

28

Stipulation and Order to Continue Status            -1-            *United States v. Chand*,
Hearing and Exclude Time                                           2:21-cr-00158-JAM

4. Mr. Chand has retained an expert for investigative purposes. The defense is still actively working with the expert.

5. Mr. Chand requires additional time to review the discovery; investigate and research possible defenses; research potential pretrial motions; explore potential resolutions to the case; and otherwise prepare for trial.

6. Mr. Chand believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. The government does not object to Mr. Chand's motion.

8. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between December 12, 2023 and February 27, 2024, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Chand in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 4, 2023

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Chand

Date: December 4, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Adrian Kinsella*
ADRIAN KINSELLA
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: December 06, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE