```
HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Chand
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00158-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME** |
| vs. | Date: February 27, 2024 |
| MICHAEL JAMESON CHAND, | Time: 9:00 a.m. |
| Defendant. | Judge: John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Adrian Kinsella, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Michael Jameson Chand, that the previously scheduled Status Hearing set for February 27, 2024 be continued to **May 7, 2024 at 9:00 a.m.**

The parties specifically stipulate as follows:

1. By previous order, the Status Hearing is currently scheduled for February 27, 2024 at 9:00 a.m. Time has been ordered excluded through that date.

2. Mr. Chand respectfully requests that the Court continue the Status Hearing to May 7, 2024 at 9:00 a.m.

3. The government has produced 458 pages, a forensic cellular telephone extraction, and various audio recordings in discovery.

4. Mr. Chand has recently completed working with his retained expert for investigative purposes. He needs additional time to confer with the government and determine if this case can be resolved pursuant to a plea agreement.

5. Mr. Chand requires additional time to review the discovery; investigate and research possible defenses; research potential pretrial motions; explore potential resolutions to the case; and otherwise prepare for trial.

6. Mr. Chand believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. The government does not object to Mr. Chand's motion.

8. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between February 27, 2024 and May 7, 2024, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Chand in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 20, 2024

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Chand

Date: February 20, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Adrian Kinsella*
ADRIAN KINSELLA
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: February 21, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE