HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Chand

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:21-cr-00158-JAM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME** |
| vs. | |
| MICHAEL JAMESON CHAND, | Date: July 9, 2024 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney

Phillip A. Talbert, through Assistant United States Attorney Adrian Kinsella, counsel for

Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan

Baigmohammadi, counsel for Defendant Michael Jameson Chand, that the previously scheduled

Status Hearing set for July 9, 2024 be continued to **July 30, 2024, at 9:00 a.m.**

The parties specifically stipulate as follows:

1.       By previous order, the Status Hearing is currently scheduled for July 9, 2024 at

9:00 a.m.  Time has been ordered excluded through that date.

2.       Mr. Chand respectfully requests that the Court continue the Status Hearing to July

30, 2024 at 9:00 a.m.

3.       The government has produced 458 pages, a forensic cellular telephone extraction,

and various audio recordings in discovery.

Stipulation and Order to Continue Status
Hearing and Exclude Time                                    -1-                                    *United States v. Chand,*
                                                                                                          2:21-cr-00158-JAM

4.  Prior to the last continuance, the government had sent Mr. Chand a proposed plea agreement.  However, defense counsel just completed a two-week long trial in Washington D.C. that occupied all of his time in the last few months.

5.  The government and Mr. Chand are actively discussing the details of the proposed plea agreement.  The parties believe they are close to resolving the case.

6.  For the above reasons, Mr. Chand requires additional time to review the discovery; investigate and research possible defenses; research potential pretrial motions; explore potential resolutions to the case; and otherwise prepare for trial.

7.  Mr. Chand believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8.  The government does not object to Mr. Chand's motion.

9.  For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between July 9, 2024 and July 30, 2024, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Chand in a speedy trial.

//
//
//
//
//
//
//
//

Stipulation and Order to Continue Status
Hearing and Exclude Time                              -2-                    *United States v. Chand*,
                                                                              2:21-cr-00158-JAM

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 2, 2024          */s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Chand

Date: July 2, 2024          PHILLIP A. TALBERT
United States Attorney

*/s/ Adrian Kinsella*
ADRIAN KINSELLA
Assistant United States Attorney
Attorneys for Plaintiff

1

## O R D E R

2          The Court, having received and considered the parties' stipulation, and good cause

3   appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

4   IT IS SO ORDERED.

5

6    Dated: July 02, 2024                          /s/ John A. Mendez

7                                                  THE HONORABLE JOHN A. MENDEZ
                                                   SENIOR UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28