```
1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Chand
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-CR-158-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |
| vs. | ) |
| MICHAEL JAMESON CHAND, | ) Judge: Hon. Chi Soo Kim |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Adrian Kinsella, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Michael Jameson Chand, that the special conditions of release be modified in the following manner.

//
//
//
//
//
//

1. Mr. Chand moves to have special condition of release #13 at ECF no. 63 (Fourth Amended Special Conditions of Release) amended to add the following italicized language:

**HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf.

*However, you may leave your residence on Mondays, Wednesdays and Saturdays from 10am to 11am for exercise purposes and you may leave your residence on Fridays from 9am to 1pm to go to the Central Library (Sacramento). While at the Central Library (Sacramento) you must not use any internet capable devices or access the internet at the library.*

2. Neither pretrial services nor the government object to Mr. Chand's request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 16, 2024         /s/ Hootan Baigmohammadi
                            HOOTAN BAIGMOHAMMADI
                            Assistant Federal Defender
                            Attorneys for Defendant
                            Mr. Chand

Date: July 16, 2024         PHILLIP A. TALBERT
                            United States Attorney

                            /s/ Adrian Kinsella
                            ADRIAN KINSELLA
                            Assistant United States Attorney
                            Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: July 18, 2024

                              Honorable Chi Soo Kim
                              United States Magistrate Judge