1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Chand

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00158-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | Date: July 30, 2024 |
| MICHAEL JAMESON CHAND, | Time: 9:00 a.m. |
| Defendant. | Judge: John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Christina McCall, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Michael Jameson Chand, that the previously scheduled Status Hearing set for July 30, 2024 be continued to August 20, 2024 at 9:00 a.m.

The parties specifically stipulate as follows:

1. By previous order, the Status Hearing is currently scheduled for July 30, 2024 at 9:00 a.m. Time has been ordered excluded through that date.

2. Mr. Chand respectfully requests that the Court continue the Status Hearing to **August 20, 2024, at 9:00 a.m.**

3. The government has produced 458 pages, a forensic cellular telephone extraction, and various audio recordings in discovery. Defense counsel has arranged to view

|   |   |   |
|---|---|---|
| 1 |   | the data extracted from the alleged victim's mobile phone on July 31, at the |
| 2 |   | Sacramento FBI office. |
| 3 | 4. | The government and Mr. Chand are actively discussing and negotiating the details |
| 4 |   | of the proposed plea agreement. The parties believe they are close to resolving |
| 5 |   | the case. |
| 6 | 5. | For the above reasons, Mr. Chand requires additional time to review the |
| 7 |   | discovery; investigate and research possible defenses; research potential pretrial |
| 8 |   | motions; explore potential resolutions to the case; and otherwise prepare for trial. |
| 9 | 6. | Mr. Chand believes that failure to grant his motion would deny him the |
| 10 |   | reasonable time necessary for effective preparation, taking into account the |
| 11 |   | exercise of due diligence. |
| 12 | 7. | The government does not object to Mr. Chand's motion. |
| 13 | 8. | For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial |
| 14 |   | Act), the parties request that the time period between July 30, 2024 and August |
| 15 |   | 20, 2024, inclusive, be deemed excludable pursuant to 18 U.S.C. § |
| 16 |   | 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance |
| 17 |   | granted by the Court at the defense's request, based on a finding that the ends of |
| 18 |   | justice served by granting the continuance outweighs the best interest of the |
| 19 |   | public and Mr. Chand in a speedy trial. |
| 20 | // |   |
| 21 | // |   |
| 22 | // |   |
| 23 | // |   |
| 24 | // |   |
| 25 | // |   |
| 26 | // |   |
| 27 |   |   |
| 28 |   |   |

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: July 19, 2024 | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Chand |
| Date: July 19, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
|   | */s/ Christina McCall*<br>CHRISTINA McCall<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: July 22, 2024              /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE