HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Chand

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-158-JAM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |
| vs. | Judge: Hon. Jeremy D. Peterson |
| MICHAEL JAMESON CHAND, | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Adrian Kinsella, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Michael Jameson Chand, that the special conditions of bond be modified in the following manner.

1. Mr. Chand is restricted to home detention. ECF no. 68 (Stipulation and Order Modifying Conditions). He may however leave his residence on Mondays, Wednesdays and Saturdays from 10:00 a.m. to 11 a.m. for exercise purposes and on Fridays from 9:00 a.m. to 1:00 p.m. to go to the library. *Id.*

2. Mr. Chand's requests that he be allowed leave his residence and spend from 1:00 p.m. to 3:00 p.m. on September 4, 2024 (his birthday) with Sally Marana. For all intents and purposes, he considers Ms. Marana to be his mother.

3. Neither the government nor pretrial services object to Mr. Chand's request.

                                                   Respectfully submitted,

                                                   HEATHER E. WILLIAMS
                                                   Federal Defender

Date: August 28, 2024                     */s/ Hootan Baigmohammadi*
                                                   HOOTAN BAIGMOHAMMADI
                                                   Assistant Federal Defender
                                                   Attorneys for Defendant
                                                   Mr. Chand

Date: August 28, 2024                     PHILLIP A. TALBERT
                                                   United States Attorney

                                                   */s/ Adrian Kinsella*
                                                   ADRIAN KINSELLA
                                                   Assistant United States Attorney
                                                   Attorneys for Plaintiff

Stipulation and [Proposed] Order to Modify
Conditions of Release                 -2-                 *United States v. Chand*,
2:21-CR-158-JAM

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: August 29, 2024

                                        Honorable Jeremy D. Peterson
                                      United States Magistrate Judge