HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Chand

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00158-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | |
| MICHAEL JAMESON CHAND, | Date: January 7, 2025<br>Time: 9:00 a.m.<br>Judge: Hon. John A. Mendez |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorneys Christina McCall and Adrian Kinsella, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Michael Jameson Chand, that the previously scheduled Judgment and Sentencing set for January 7, 2025 be continued to **February 11, 2025 at 9:00 a.m.**

The parties specifically stipulate as follows:

1. United States Probation published the draft PSR on November 22, 2024. PSR 79.
2. Informal objections were due December 10, 2024.
3. Defense counsel was on leave from November 28 to December 13, 2024.
4. For the forgoing reasons, defense counsel requests additional time to adequately prepare for sentencing.

5. The government does not object to Mr. Chand's request.

6. The parties and United States probation jointly agree to the following amended schedule.

| | |
|---|---|
| **Draft PSR** | Already filed. |
| **Informal Objections** | January 14, 2025 |
| **Final PSR** | January 21, 2025 |
| **Formal Objections** | January 28, 2025 |
| **Response to Formal Objections/Sentencing Memorandum** | February 4, 2025 |
| **Judgment and Sentencing** | **February 11, 2025 at 9:00 a.m.** |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 16, 2024

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Chand

Date: December 16, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ Christina McCall
CHRISTINA MCCALL
ADRIAN KINSELLA
Assistant United States AttorneyS
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: December 17, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE