```
1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Chand
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-CR-158-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CONDITIONS OF RELEASE** |
| vs. | ) |
| MICHAEL JAMESON CHAND, | ) Judge: Hon. Sean C. Riordan |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorneys Adrian Kinsella and Christina McCall, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Michael Jameson Chand, that the special conditions of bond be modified in the following manner.

1. Mr. Chand is restricted to home detention. Dkt. 63 (Fourth Amended Special Conditions). He may however leave his residence on Mondays, Wednesdays and Saturdays from 10:00 a.m. to 11 a.m. for exercise purposes and on Fridays from 9:00 a.m. to 1:00 p.m. to go to the library. Dkt. 68 (Stipulation and Order).

2. Mr. Chand requests that he be allowed to be outside of his residence from 9:00 a.m. to 5:00 p.m. on February 6, 2025.

3. All other conditions of release will remain in full effect.

4. Neither the government nor pretrial services object to Mr. Chand's request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 4, 2025        /s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Chand

Date: February 4, 2025        MICHELE BECKWITH
United States Attorney

/s/ Christina McCall
ADRIAN KINSELLA
CHRISTINA McCALL
Assistant United States Attorney
Attorneys for Plaintiff

Stipulation and [Proposed] Order to Modify
Conditions of Release                    -2-                    *United States v. Chand*,
                                                                2:21-CR-158-JAM

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: February 5, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE