HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Chand

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00158-JAM-1 |
| Plaintiff, | **ORDER (ECF No. 90)** |
| vs. | |
| MICHAEL JAMESON CHAND, | Judge: John A. Mendez |
| Defendant. | |

　　　　**IT IS HEREBY ORDERED** that the Request to file Mr. Chand's Sentencing

Memorandum and attached Exhibits A-G under seal be **GRANTED** so that this information is

not available on the public docket. The records are to be provided to the Court and Government

counsel.

　　　　These documents shall remain under seal until further Order of the Court.


Dated: February 05, 2025　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE