HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Chand

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:21-cr-00158-JAM |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **DISPOSITIONAL HEARING** |
| vs. | ) |
| | ) Date:   March 3, 2026 |
| MICHAEL JAMESON CHAND, | ) Time:  9:00 a.m. |
| | ) Judge: Hon. John A. Mendez |
| Defendant. | ) |
| | ) |

## I.

## <u>STIPULATION</u>

1.  On its own motion, the Court previously set this matter for a dispositional hearing to be held on March 3, 2026. Defense counsel is not available on that day.

2.  Mr. Chand requests that the Court continue the hearing to March 10, 2026, at 9:00 a.m. to maintain continuity of representation.

3.  The government does not object to Mr. Chand's request.

4.  United States Probation is available on the requested date.

IT IS SO STIPULATED.

//

//

//

//

//

STIPULATION AND ORDER                                    -1-                                    *United States v. Chand*,
2:21-cr-00158-JAM

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 3, 2026

*/s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Chand

Date: February 3, 2026

ERIC GRANT
United States Attorney

*/s/ Adrian Kinsella*
ADRIAN KINSELLA
Assistant United States Attorney
Attorneys for Plaintiff

STIPULATION AND ORDER

-2-

*United States v. Chand*,
2:21-cr-00158-JAM

# **O R D E R**

Based on the stipulation of the parties, the Judgment and Sentencing on TSR Violation (Final Revocation) set for March 03, 2026, is **VACATED** and **RESET** for **March 10, 2026, at 9:00 a.m.**, before Senior District Judge John A. Mendez.

IT IS SO ORDERED.

Dated: February 05, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER

-3-

*United States v. Chand*,
2:21-cr-00158-JAM