UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

March 10, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

MICHAEL JAMESON CHAND,

        Defendant.

Case No.  2:21-cr-00158-JAM

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

    This is to authorize and direct you to release  MICHAEL JAMESON CHAND ,

Case No.  2:21-cr-00158-JAM , Charge 18 U.S.C. § 3606, from custody for the following

reasons:

        Release on Personal Recognizance

        Bail Posted in the Sum of $

            Unsecured Appearance Bond $

            Appearance Bond with 10% Deposit

            Appearance Bond with Surety

            Corporate Surety Bail Bond

    X    (Other): **TIME SERVED.**

Sacramento County Jail is further ORDERED to release the defendant with a

30-day supply of any medications the defendant is receiving from the jail.

Dated: March 10, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE