IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICHAEL JAMESON CHAND,

Defendant.

Case No. 2:21CR158-JAM

[PROPOSED] ORDER GRANTING REQUEST TO SEAL

Court: Hon. Allison Claire

**IT IS HEREBY ORDERED** that pursuant to Local Rule 141(b) and based upon representations contained in Mr. Chand's Request to Seal, that Mr. Chand's four documents (7 pages in total) and his Request to Seal be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to counsel for Mr. Chand. They shall not be served on the government.

Dated: March 25, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Order                                    -1-