HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Chand

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:21CR158-JAM |
| Plaintiff, | **STIPULATION TO VACATE PRELIMINARY HEARING AND SET ARRAIGNMENT** |
| vs. | |
| MICHAEL JAMESON CHAND, | Date:   March 27, 2026<br>Time:  2:00 p.m.<br>Judge: Hon. Allison Claire |
| Defendant. | |

**I.**

**STIPULATION**

1.  The Court previously set a preliminary hearing for today, March 27, 2026, at 2:00 p.m.

2.  U.S. Probation has indicated that they intend to file a superseding petition.

3.  Good cause existing, the parties jointly request to vacate today's preliminary hearing and set the matter for arraignment on Friday, April 3, 2026, at 2:00 p.m. before the duty magistrate. U.S. Probation has been consulted and is available.

4.  The parties jointly agree that at the arraignment on April 3, 2026, Mr. Chand may request a future preliminary hearing on all charges in the superseding petition.

IT IS SO STIPULATED.

//

//

//

//

STIPULATION                                                    -1-                            *United States v. Chand,*
2:21cr158-JAM

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 27, 2026

*/s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Chand

Date: March 27, 2026

ERIC GRANT
United States Attorney

*/s/ Adrian Kinsella*
ADRIAN KINSELLA
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: March 27, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE