# UNITED STATES DISTRICT COURT
## Eastern District of California

## Superseding Petition For Warrant or Summons For Person Under Supervision

**Name of Person Under Supervision:** Michael Jameson Chand  **Docket Number:** 0972 2:21CR00158-001

**Name of Judicial Officer**:  Senior United States District Judge John A. Mendez

**Date of Original Sentence:**  2/11/2025

**Original Offense:** 18 U.S.C. § 2261A(2)(B) - Cyberstalking  **(CLASS D FELONY)**

**Original Sentence:** 36 months probation; No firearm; DNA collection; $100 special assessment; $8,025.70 restitution

**Special Conditions:**

1. Search Condition (Enhanced)
2. Pre-Approved Residence
3. Outpatient Drug/Alcohol Treatment
4. Drug/Alcohol Testing
5. Outpatient Mental Health Treatment
6. Take Medications
7. No Contact with C.W.
8. Location Monitoring
9. No On-Line Access
10. Computer Inspection
11. Cellular Phone Restriction
12. Payment Schedule
13. Aftercare Co-payment

**Type of Supervision:**  Supervised Release

**Date Supervision Commenced:**  2/11/2025
**Date Supervision Recommenced:**  3/10/2026

PROB 12C
(Rev. 06/21)

RE: **Michael Jameson Chand**                    **Docket Number:** 0972 2:21CR00158-001

**Other Court Actions:**

**11/04/2025:**    Petition for violation of Supervised Release filed and arrest warrant issued.

**11/12/2025:**    Arrest warrant executed.

**11/13/2025:**    Initial Appearance regarding revocation of Supervised Release. Defendant detained.

**01/06/2026:**    Admit/Deny Hearing was held with admission to Charges 1 and 2 of the Petition for Violation of Supervised Release.

**03/10/2026:**    Revocation Sentence: Time served followed by 36 months supervised release with the following special conditions: Search Condition (Enhanced); Outpatient Drug/Alcohol Treatment; Drug/Alcohol Testing; Outpatient Mental Health Treatment; Take Medications; Dispose Assets; Apply all Monies; Financial Disclosure; No Contact with All Minors; No victim contact; Pre-approved residence; No Pornography; Sex Offender Treatment; Polygraph; No Online Access;  Computer Monitoring; Cellular Phone Restriction; Payment Schedule; Co-payment; Location Monitoring.

**03/19/2026:**    Petition for violation of supervised release filed.

**03/20/2026:**    Warrant executed.

**03/23/2026:**    Initial Appearance regarding revocation of supervised release proceedings held before United States Magistrate Judge Carolyn K. Delaney and the defendant was ordered detained.

---

## PETITIONING THE COURT

☒  **For the Court to note the addition of Charge Three of this Superseding Petition, and for Michael Chand to be arraigned on these charges on April 3, 2026, at 2:00 p.m. before the Duty Magistrate, as he remains in custody on the petition filed on March 19, 2026.**

The probation officer alleges the person under supervision has violated the following condition(s) of supervision:

**Charge Number**          **Nature of Violation**

**Charge 1:**                **UNAUTHORIZED ACCESS OF THE INTERNET**

On March 19, 2026, during a search of Michael Chand's residence, officers recovered an Android tablet which was connected to the internet. Chand neither requested nor received authorization to have access to

PROB 12C
(Rev. 06/21)

RE: **Michael Jameson Chand**                    **Docket Number: 0972 2:21CR00158-**001

the internet.  This conduct is in violation of Special Condition Number 15, which states in part, *"You must not possess or use a computer or any device that has access to any "on-line computer service" unless approved by the probation officer."*

**Charge 2:**                    **UNAUTHORIZED POSSESSION OF A CELL PHONE**

On March 19, 2026, during a search of Michael Chand's residence, officers recovered an Android tablet which was connected to the internet. Chand neither requested nor received authorization to possess this electronic device or have access to the internet.  This Android tablet was capable of receiving voice/audio telephone calls.  This conduct is in violation of Special Condition Number 17, which states, *"You must possess and use only those cellular phones and phone numbers (including Voice over Internet Protocol [VolP] services) that have been disclosed to the probation officer upon commencement of supervision. Any changes or additions are to be disclosed to the probation officer prior to the first use."*

**Charge 3:**                    **POSSESSION OF SEXUALLY EXPLICIT CONDUCT**

Chand possessed sexually explicit images and videos as defined by 18 U.S.C. § 2256(2). The date ranges for these images being accessed were March 11, 2026, to March 19, 2026. This in violation of the special condition of supervised release which states in part, *"You must not view or posses any "visual depiction," or any photograph, film, video, picture, or computer or computer-generated image or picture…involving children, or "actual sexually explicit conduct" involving adults."*

**Justification:** On the evening of March 18, 2026, I was contacted by Sacramento County Sheriff Department Detective Christie Hirota who is assigned to the Internet Crimes Against Children Task Force, and provided information relating to Michael Chand.   She advised that, according to a known victim, Akemi Doe (victim 1), of a cyberstalking case, Michael Chand was contacting Doe via the social media application Instagram.  This application has a feature that allows users to make free voice and video calls. According to Detective Hirota, Chand communicated with Doe via chat (direct message) and attempted to reach her via audio calls. Chand continued to communicate with Doe that evening and the following morning. A brief review of the messages revealed that Chand informed Doe that he also used the Snapchat and Discord platforms.

On the morning of March 19, 2026, a search was conducted at Chand's residence which is located at a boarding house.  A tenant, identified as A.M., advised the officers that Chand procured an Android tablet from another resident.  The tablet Chand used was recovered and seized.  While at the boarding house, I requested Doe call the tablet to identify it as the one Chand was accessing. At approximately 9:57 a.m. Doe contacted Chand via the tablet by audio call; I observed her identifying information, previously provided by Detective Hirota, populate on the screen with the call.  Chand refused to provide the passcode to the tablet. It should be noted that Chand was released from custody on March 10, 2026, following a revocation related to unauthorized internet access and possession of an unauthorized device.

PROB 12C
                                                    (Rev. 06/21)

RE: **Michael Jameson Chand**                    **Docket Number: 0972 2:21CR00158**-001

UPDATE

On March 19, 2026, an extraction was completed of the Samsung tablet seized at the residence. There were videos accessed from March 10, 2026, to March 19, 2026, that contained sexually explicit conduct which included age difficult females that appear teenage to adult. Internet web bookmarks and searches accessed during that time period include: Lesbian Series Schoolgirl The Bitch Gets Raped in Front of Her Friends; Emily Benjamins Lets her Sexy Mommy Alesia Pleasure Finger her till Orgasm; Free Family Therapy Porn Videos; Step Sister Porn; Hands on Parenting; Step daughter Porn. In addition, there were numerous profile and social media images of minor's accounts.

On March 20, 2026, Chand was taken into custody at the probation office on the warrant. On March 24, 2026, Sr. United States Probation Officer Paul Mamaril returned to the residence to collect an additional notebook with possible violation conduct. While at the residence J.M. a resident in the house provided a note from Chand, "What to say to Paul. The tablet was yours you misplaced it after logging into my social media to let my friends know I was alive."

**Detention:** Due to Chand's possession of an unauthorized device and having unauthorized access to the internet, he clearly poses a threat to the community. Additionally, Mr. Chand has a prior sex offense conviction and history of cyberstalking. It is respectfully requested that Chand remain detained throughout all Court proceedings.

**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:**        **March 31, 2026**
                        **Sacramento, California**

                                            Respectfully submitted,

                                            _[signature]_

                                            **Lisa Hage**
                                            **Supervisory United States Probation Officer**
                                            Telephone: (916) 508-4906

**DATED:**        3/31/2026

                                            Reviewed by,

                                            _[signature]_

                                            **Lisa Hage**
                                            **Supervisory United States Probation Officer**

PROB 12C
                                                                                                   (Rev. 06/21)

RE: **Michael Jameson Chand**                    **Docket Number: 0972 2:21CR00158**-001

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The issuance of a no bail warrant. This Petition is sealed until further order of the court.

☐ The issuance of a summons.

☒ **Other: For the Court to note the addition of Charge Three of this Superseding Petition, and for Michael Chand to be arraigned on these charges on April 03, 2026, at 2:00 p.m. before the Duty Magistrate, as he remains in custody on the petition filed on March 19, 2026.**

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

☐ Defendant is ordered detained, to be brought before District Judge forthwith.

☐ Initial appearance and detention hearing before Magistrate Judge.

Dated: March 31, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

CC:

Duty Magistrate Sacramento

United States Probation

Assistant United States Attorney: Adrian Kinsella

United States Marshal Service

PROB 12C
(Rev. 06/21)

RE: **Michael Jameson Chand**                    **Docket Number: 0972 2:21CR00158**-001

# STATEMENT OF EVIDENCE OF ALLEGED
# PROBATION VIOLATIONS

Honorable John A. Mendez
Senior United States District Judge
Sacramento, California

> RE:     Michael Jameson Chand
> **Docket Number:** 0972 2:21CR00158-01

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named probationer is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Person Under Supervision.

**Charge 1:**     **UNAUTHORIZED ACCESS OF THE INTERNET**

    **a. Evidence:**

        i. Android tablet

        ii. Screen recording

    **b. Witnesses:**

        i. Supervisory United States Probation Officer Lisa Hage

**Charge 2:**     **UNAUTHORIZED POSSESSION OF A CELL PHONE**

    **a. Evidence:**

        i. Android tablet

        ii. Screen recording

    **b. Witnesses:**

        i. Supervisory United States Probation Officer Lisa Hage

PROB 12C
(Rev. 06/21)

RE: **Michael Jameson Chand**                    **Docket Number: 0972 2:21CR00158**-001

**Charge 3:**       **POSSESSION OF SEXUALLY EXPLICIT CONDUCT**

    **a. Evidence:**

        i. Data extraction report

    **b. Witnesses:**

        i. Supervisory United States Probation Officer Lisa Hage

Respectfully submitted,

**Lisa Hage**
**Supervisory United States Probation Officer**
Telephone: (916) 508-4906

**DATED:**       3/31/2026
          Sacramento, California

Reviewed by,

**Lisa Hage**
**Supervisory United States Probation Officer**

PROB 12C
                                                   (Rev. 06/21)

RE: **Michael Jameson Chand**                    **Docket Number: 0972 2:21CR00158-**001

# REVOCATION GUIDE - PROBATION

**Name of Person Under Supervision:**    Michael Jameson Chand        **Docket Number:**    0972 2:21CR00158-01

**Date of Original Offense:**    11/30/2020

**Statutory maximum imprisonment for original offense: 5 years**

**Highest grade of violation alleged:** C

**Criminal History Category of person under supervision:** II

**Original guideline range:** 33 **to** 41 **months.**

**Chapter 7 range of imprisonment:** 4 **to** 10 **months.**

**Violation requires mandatory revocation:  YES:** ☐  **NO:** ☒

**Original offense committed after 09/13/94:**  Court may sentence up to the statutory maximum for the original offense.  Court must consider but is not bound by Chapter 7 ranges.  Reasons for the length of revocation sentence should be stated on the record.

## MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:**  Title 18 USC 3565 instructs that supervision shall be revoked upon a finding of:  1) Possession of a firearm; 2) Possession of a controlled substance; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:**  Title 18 USC 3565 amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.

PROB 12C
(Rev. 06/21)