ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-cr-00158-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE EVIDENTIARY HEARING** |
| v. | DATE: June 16, 2026 |
| MICHAEL JAMESON CHAND, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for revocation hearing on June 16, 2026. ECF No. 128.

2.    By this stipulation, the parties jointly request that the hearing be continued to June 30, 2026. The parties have confirmed this date is available for the assigned probation officer.

3.    The parties also stipulate that the government will file a revocation brief on or before June 16, 2026, and that the defense will file a response by June 18, 2026.

4.    IT IS SO STIPULATED.

STIPULATION AND ORDER

1

Dated:  June 9, 2026                    ERIC GRANT
                                        United States Attorney


                                        /s/ ADRIAN T. KINSELLA
                                        ADRIAN T. KINSELLA
                                        Assistant United States Attorney


Dated:  June 9, 2026                    /s/ HOOTAN BAIGMOHAMMADI
                                        HOOTAN BAIGMOHAMMADI
                                        Counsel for Defendant
                                        MICHAEL JAMESON CHAND


# ORDER

Based on the stipulation of the parties, the evidentiary hearing currently set for June 16, 2026, is **CONTINUED** to **June 30, 2026, at 9:00 a.m.**

The government's revocation brief shall be filed on or before **June 16, 2026**, and the defense shall file a response on or before **June 18, 2026**.

IT IS SO ORDERED.


Dated: June 09, 2026        JOHN A. MENDEZ,
                            SENIOR UNITED STATES DISTRICT JUDGE


STIPULATION AND ORDER                    2