ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL JAMESON CHAND,<br><br>　　　　　Defendant. | CASE NO.  2:21-CR-00158-JAM<br><br>UNITED STATES' REVOCATION HEARING BRIEF<br><br>DATE: June 30, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

# Exhibit 1:

Report by Sacramento County Sheriff's Office Detective Christie Hirota Regarding Chand's Contact with Victim Akemi Doe Starting on March 17, 2026

**At 1830 hours, at around 03/18/2026 (Wednesday):** I contacted Akemi DOE (V1) to clarify some information she provided me previously. The phone conversation was recorded and placed on the case drive. Akemi (DOE (V1) told me that something weird happened today, but she didn't think it was him. She told me that she saw that someone followed her and liked her post on IG. She said the name was "Jack." She said she messaged the person to see if she knew them, this is the short message:



*(Right is Akemi DOE (V1) and left side is CHAND*

*03/17/2026 (Tuesday)*

Akemi DOE (V1) said she did not think it was him. I told her it probably was since it was the same name he usually used, "jack" and CHAND's birth year was "1991." I looked the account up on IG: https://www.instagram.com/direct/t/17843120859569716/

I asked Akemi DOE (S) what IG account CHAND (S) contacted her on and she said it was one of her (2) IG accounts: https://www.instagram.com/█████████████

I asked Akemi DOE (V1) if she felt comfortable unblocking this person and see if it was in fact CHAND (S) and she agreed.

Akemi DOE (V1) unblocked the above account and sent a message:



**03/18/2026 (Wednesday)**

**03/18/2026 (Wednesday):** I advised SUSPO Hage about the communication since I knew CHAND (S) had probation conditions in which he was not supposed to have any electronic devises are accessing the internet or social media.

SUSPO Hage told me that they would conduct a probation search the following day. I advised SUSPO Hage that Akemi DOE (V1) was willing to unblock CHAND (S) and message him to confirm that it was in fact him. I would have Akemi DOE (V1) message and call him when probation was at his residence in an effort to find the device CHAND (S) was using.









**03/19/2026 (Thursday)**





**5:24**

**jack son** >
jackisbored1991

None anymore

It was cleared up but i have been getting death threats for awhile

Oh goshh that's awful:(

Why would people do that

Lol I'll explain tomorrow hopefully

Gonna add me?

Yes im with my boyfriend now so I can't at the moment but I will soon

Ah ok nw.

Reason i think this is a setup is cause you legitimately hated me last we spoke

11:01 AM

Hey

Sorry. Im a bit paranoid these days

**You blocked jackisbored1991**
You can't message or call this account unless you unblock them.

**Unblock**                    **Delete**

**At around 0930 hours, on 03/19/2026 (Thursday),** SUSPO Hage advised me Federal Probation was at CHAND's (S) residence for a probation check.  Once they made entry into the residence a search was conducted and a tablet was located.

CHAND (S) sent a message to Akemi DOE (V1), **on 03/19/2026 (Thursday) started here at 1100 hours (EST)**

9:56
Thu, March 19



At around 12:57 PM (EST) = 09:57 AM (PST), Akemi DOE (V1) initiated an IG audio call, which was captured while Federal Probation was searching the residence. This photo is the IG of Akemi DOE (V1) when she was calling CHAND (S) from her IG account. SUSPO Hage advised me this was located in a locked room that; Lynn had a key for.

INVESTIGATOR NOTE: While monitoring CHAND's (S) jail calls while he was recently in custody, CHAND (S) told one of the roommates about "the locked room" and that Lynn had a key but the door could be opened with a butter knife.

Data extraction showing call shown in picture above.



| | Parties | Timestamp | Duration |
|---|---|---|---|
| | From: akemi█████ akemi█████ To: jackisbored1991 jack son (owner) | 3/19/2026 4:57:14 PM(UTC+0) | 00:00:00 |

I spoke to SUSPO Lisa Hage who told me the following:

On March 19, 2026 (Thursday) at 0920 hours, a search of Chand's residence at 7426 Potaro Circle, Sacramento, 95823 was conducted by myself and the following officers: Sr. USPO Garey White, USPO Steven Davis, USPO Dustin Vaught, and USPO Phil Mizutani. The search was conducted as Chand was in violation of his conditions. On the evening of March 18, 2026, I received information from Sacramento County Sherriff's Department Detective C. Hirota that Chand had connected to the internet and was

direct messaging Akemi Doe (V1) via the Instagram application. As well as attempting to audio call Doe.

**On the morning of March 20, 2026 (Friday)**, while enroute to the residence to conduct the search I was advised by Det. Hirota that the offender was actively messaging Doe. The offender was actively messaging the victim as we were enroute to the residence.

Upon entering the residence Chand was at the front door with L▮▮▮ the owner of the residence. The offender denied accessing any internet capable device. A search was conducted of his room in common areas with negative results at that time. I texted Det. Hirota asking if victim could call so we could possibly hear a sound from a device.

I then spoke to A▮▮▮ M▮▮▮ (DOB ▮▮/2001) who resides in a room across the hallway from Chand. He stated he had seen the offender use a tablet. A▮▮▮ stated that the tablet was originally his, but he sold it to D▮▮ (LKU) who then sold it to Chand days ago.

I asked him where that tablet was now and with hand motions, he indicated it was nearby. L▮▮ opened in adjacent bedroom with a key, and a black android tablet (later identified as **SSO ITEM SD1110314-2)** was laying on the corner of a bed that was neatly made. The tablet was seized by Sr. USPO Garey White. The room had no other furnishings. Approximately two minutes later the tablet lit up with an audio call from Akemi Doe (V1).

Chand denied knowledge of the tablet and would not provide a passcode. We exited the residence. The tablet was immediately transported to ICAC.

**At 1530 hours,** I returned a call to J▮▮ M▮▮▮ (DOB ▮▮/1954) at ▮▮▮-3435. He said the tablet that they seized belonged to him; however, the tablet had been missing for several days. He said his son A▮▮ gave me wrong information that he'd never sold the tablet to D▮▮ who lives in a red van in front of the house. I asked him if Chand stole the tablet from him and he said no he believed he misplaced it, and the tablet had been gone for several days. He had no further information.

**On March 20 at 0630,** Chand was directed to report to the probation office.

**At 0830** hours he was taken into custody. He made no statement or asked why he was being arrested.

**END**

CHAND (S) was transported to the Yuba County Jail for a fresh Federal violation of probation.