HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Chand

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:21CR158-JAM |
| | ) | |
| Plaintiff, | ) | **RESPONSE TO GOVERNMENT'S** |
| | ) | **REVOCATION HEARING BRIEF (DKT. 132)** |
| vs. | ) | |
| | ) | |
| MICHAEL JAMESON CHAND, | ) | Date: June 30, 2026 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. John A. Mendez |
| | ) | |

Mr. Chand does not object to the Court receiving into evidence the facts averred and the attached Exhibit 1 at Dkt. 132 to determine whether he committed the violations alleged at Dkt. 124 (Superseding Petition). The Rules of Evidence do not apply to a revocation hearing. F. R. Evid. 1101(d). Mr. Chand does not plan to present any evidence and does not wish to cross-examine any witnesses at the evidentiary hearing scheduled at the above-captioned time. It is his position that the Court can determine if he violated the terms of his supervised release based solely upon what has been submitted at Dkt. 132. If the Court agrees, the only things necessary to accomplish on June 30, 2026, are for the Court to make a finding that he violated the terms of his release and to set a date for sentencing.

//

//

//

Response to Revocation Hearing Brief                    -1-                    *United States v. Chand*
                                                                              2:21cr158-JAM

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 18, 2026

*/s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Chand