HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Chand

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:21-cr-00158-JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER RE:** |
| | ) | **EVIDENTIARY HEARING** |
| vs. | ) | |
| | ) | |
| MICHAEL JAMESON CHAND, | ) | Date: June 30, 2026 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. John A. Mendez |
| | ) | |

The parties stipulate as follows:

1. Mr. Chand does not object to the Court receiving into evidence the facts averred and the attached Exhibit 1 at Dkt. 132 to determine whether he committed the violations alleged at Dkt. 124 (Superseding Petition).

2. The Rules of Evidence do not apply to a revocation hearing. F. R. Evid. 1101(d).

3. Mr. Chand does not plan to present any evidence and does not wish to cross-examine any witnesses at the evidentiary hearing scheduled at the above-captioned time.

4. The Court may make a finding that he violated the terms of his supervised release as to charges 1-3 based solely upon what has been submitted at Dkts. 124 & 132. The Court should do so, vacate the evidentiary hearing scheduled for June 30,

2026, at 9:00 a.m., and set the matter for dispositional hearing on September 22, 2026.

It is so STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 29, 2026

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Chand

ERIC GRANT
U.S. Attorney

Date: June 29, 2026

/s/ Adrian Kinsella
ADRIAN KINSELLA
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED**.

Dated: June 29, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE